UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x Civil Action No.: CV-09-36 (JG)
UNITED STATES OF AMERICA,

          Plaintiff,

  - against-

EILEEN M. SMITH
a/k/a EILEEN SMITH,

          Defendant.
-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 8 2009 ★
**BROOKLYN OFFICE**

## DEFAULT JUDGMENT

Because Eileen M. Smith failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Eileen M. Smith:

**Claim No. 2003B01103:**

| | |
|---|---|
| Principal Balance: | $1,193.38 |
| Total Interest Accrued at 7.000%: | $725.92 |
| Filing and Service of Process: | $390.00 |
| Subtotal: | $2,309.30 |
| Attorney's Fees: | $ 383.86 |
| Total Owed: | $ 2693.16 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

March 9, 2009

s/John Gleeson

John Gleeson
United States District Judge